

Jake Cline, Bar No. 236531
Cline Law Group
1970 Broadway, Ste. 1000
Oakland, CA 94612
510-255-4632 - T
510-255-4691 - F

Attorney for Debtor

The following constitutes the order of the Court.
Signed: October 13, 2022

_____
**Charles Novack**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Syva T. Wong,

    Debtor.

) **Case No. 22-40558**
) **Chapter 13**
)
) **Order Dismissing Chapter 13**
) **Case**
)
)
)
)

    Pursuant to the request of Debtor herein and in compliance with 11 U.S.C. §1307(b) and U.S. Bankruptcy Court, Northern District of California, Local Rule 1017-2,

IT IS HEREBY ORDERED that this case is dismissed.

                            ***END OF ORDER***

COURT SERVICE LIST